**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alvin BASS, Defendant—Appellant.**

No. 00–6309.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2000.

Decided Aug. 25, 2000.

Alvin Bass, Appellant Pro Se. Charles Philip Rosenberg, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Alvin Bass seeks to appeal the district court's order construing his petition for a writ of habeas corpus under 28 U.S.C. § 2241 (1994) as a motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and dis-

missing it without prejudice as successive. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bass, Nos. CR–90–352–A; CA–97–754–AM (E.D.Va. Jan. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. DISMISSED